IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| William Clark, | : | CIVIL ACTION |
|     Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| Robert Myers, et al., | : | NO. 02-CV-2950 |
|     Respondents | : | |

**O R D E R**

AND NOW, this 19th day of June, 2002, upon consideration of Relator's Petition for a Writ of Habeas Corpus, IT IS ORDERED that the Attorney General for the Commonwealth of Pennsylvania shall file specific and detailed answers within twenty (20) days of the date of this order pursuant to Rule 5, 28 U.S.C. fol. § 2254.  **This response shall include a memorandum of law concerning the issues presented and any defenses, and copies of all relevant state court and parole decisions, pleadings, notes of testimony, and docket entries.**

BY THE COURT:

_____
JAMES R. MELINSON
CHIEF U.S. MAGISTRATE JUDGE