IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| William Clark, | : | CIVIL ACTION |
|     Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| Robert Myers, et al., | : | NO. 02-CV-2950 |
|     Respondents | : | |

**O R D E R**

AND NOW, this 18th day of March, 2003, upon consideration of Petitioner's Motion to Impose Default and Grant Writ of Habeas Corpus (Doc. 10),

IT IS ORDERED that the Motion is DENIED.

BY THE COURT:

_____
JAMES R. MELINSON
CHIEF U.S. MAGISTRATE JUDGE