IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM CLARK | : | CIVIL ACTION |
| v. | : | |
| ROBERT MYERS, et. al | : | NO. 02-2950 |

**O R D E R**

AND NOW, this       day of May, 2003, upon consideration of Petitioner William Clark's Motion for an Extension of Time to Answer Report and Recommendation Denying Habeas Corpus Petition (Docket No. 18), IT IS HEREBY ORDERED that said Motion is **DENIED AS MOOT**.[1]

BY THE COURT:

_____
HERBERT J. HUTTON, J.

---

[1] By Order dated May 12, 2003, this Court approved and adopted Chief Magistrate Judge James R. Melinson's Report and Recommendation, and dismissed Petitioner's Petition for Writ of Habeas Corpus. Accordingly, the instant Motion is denied as moot.